UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH SUE STEELE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALL YE JUDGES OF THE COURTS, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-1503 DB P<br><br><br><br>ORDER |

  Plaintiff is confined or detained at the Calaveras County Jail and proceeds without counsel. Plaintiff initiated this action with a civil rights complaint filed on August 25, 2022. (See generally, ECF No. 1 at 1.) The alleged violations took place in Calaveras County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

  Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated:  September 1, 2022

DLB7
stee1503.22

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2